# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00191-MR

| | |
|---|---|
| **MARK ALAN VOLRATH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The parties are hereby directed to confer with one another and discuss in good faith whether the recent decision of the Court of Appeals for the Fourth Circuit in Mascio v. Colvin, 780 F.3d 632 (4th Cir. 2015), requires a remand in this case for rehearing or other administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Once the parties have conferred, the parties shall advise the Court whether a remand is appropriate. If the parties do not jointly consent to a remand, then supplemental briefing may be filed by the parties.

**IT IS, THEREFORE, ORDERED** that the parties shall confer as directed in this Order and advise the Court in writing on or before **June 15,**

**2015**, as to whether a remand pursuant to sentence four of 42 U.S.C. § 405(g) is appropriate. If the parties do not propose a consent remand, the parties may file supplemental briefs, not to exceed ten (10) pages, addressing the <u>Mascio</u> decision on or before **June 30, 2015**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge