THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00191-MR

| | |
|---|---|
| MARK ALAN VOLRATH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **JUDGMENT** |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **DENIED**; the Plaintiff's Motion for Summary Judgment is **GRANTED** to the extent that the Plaintiff seeks reversal of the Commissioner's decision denying her disability benefits; to the extent that the Plaintiff seeks an immediate award of benefits, the Plaintiff's Motion for Judgment on the Pleadings is **DENIED**; and Plaintiff's Motion to Receive New and Material Evidence and Remand Case is **DENIED AS MOOT**. Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42

U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings.

Signed: September 7, 2015

Martin Reidinger
United States District Judge